**Exhibit A**

Transfers by Debtor Structurlam Mass Timber Corporation ("SMTC") to Defendant Pacific Bolt Manufacturing Ltd.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount (CAD) | Wire / E-Transfer # | Invoice # | Invoice Date | Invoice Amount (CAD) |
|---|---|---|---|---|---|---|---|---|
| SMTC | SMTC | Pacific Bolt Manufacturing Ltd. | 2/17/2023 | $839.80 | 50007331 | 86441 | 12/16/2022 | $839.80 |
| SMTC | SMTC | Pacific Bolt Manufacturing Ltd. | 2/24/2023 | $88,921.48 | 50007405 | 86468<br>86817<br>86495 | 1/23/2023<br>1/23/2023<br>1/25/2023 | $87,315.13<br>$225.54<br>$1,380.81 |
| SMTC | SMTC | Pacific Bolt Manufacturing Ltd. | 3/17/2023 | $32,442.81 | 50007482 | 81580 BO2<br>81580 BO3<br>81660 | 3/7/2023<br>3/7/2023<br>3/7/2023 | $1,676.82<br>$687.93<br>$30,078.06 |
| | | | **Total Transfers** | | | | | **$122,204.09 (CAD)** |